**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ELSIE COLON | * |
| Plaintiff | * |
| v. | *   Civil No. 04-1471(SEC) |
| JOHN E. POTTER | * |
| Defendant | * |

**OPINION AND ORDER**

Before the Court is Defendant's motion to dismiss or, in the alternative, for summary judgment (Docket # 11). The same was referred to U.S. Magistrate Judge Justo Arenas for a Report and Recommendation (Docket # 26). Thereafter, Magistrate Arenas issued a Report recommending that the motion be granted (Docket # 27). Plaintiff has not filed any objections to the Magistrate's Report and the time allotted for doing so has expired. Therefore, the Court will **APPROVE** and **ADOPT** the Magistrate's Report and Recommendation and **GRANT** Defendant's motion to dismiss.

**Standard of Review**

The scope of review of a Magistrate's recommendation is set forth in 28 U.S.C. § 636(b)(1)(c). This section provides that "[a] judge of the [district] court shall make a de novo determination of those portions of the report or specified findings or recommendations to which [an] objection is made." Id. The Court can "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate," however, if the affected party fails to timely file objections,"'the district court can assume that they have agreed to the magistrate's recommendation.'" Alamo-Rodríguez v. Pfizer Pharm., Inc., 286 F. Supp. 2d 144, 146 (D.P.R. 2003) (quoting Templeman v. Chris Craft Corp., 770 F.2d 245, 247 (1st Cir. 1985)). Thus, no review is required of those issues to which objections are not timely raised. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986); Borden v. Sec'y of Health & Human Servs., 836 F.2d 4, 6 (1st Cir. 1987). In fact, a party who fails to file any

**Civil No. 04-1471(SEC)** 2

---

objections to the Magistrate Judge's Report and Recommendation within ten days of its filing waives his or her right to appeal from the district court's order. <u>Henley Drilling Co. v. McGee</u>, 36 F.3d 143, 150-51 (1st Cir. 1994); <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 5 (1st Cir. 1986); <u>Davet v. Maccarone</u>, 973 F.2d 22, 30-31 (1st Cir. 1992) ("[f]ailure to raise objections to the Report and Recommendation waives that party's right to review in the district court and those claims not preserved by such objection are precluded on appeal").

**Analysis and Conclusion**

Neither party has objected to the Magistrate Judge's Report and Recommendation, thus we are not required by law to review it. Therefore, we hereby **APPROVE** and **ADOPT** his Report and Recommendation as our own. Consequently, Defendant's motion is **GRANTED** in its entirety and Plaintiff's claims stemming from EEO complaint 4A-006-0005-03 are **DISMISSED WITH PREJUDICE** and Plaintiff's claims stemming from EEO complaints 4A-006-0023-02 and 4A-006-0068-00 are **DISMISSED WITHOUT PREJUDICE**. Judgment shall be entered accordingly.

**SO ORDERED.**
In San Juan, Puerto Rico, this 1st day of August, 2005.

S/ *Salvador E. Casellas*

SALVADOR E. CASELLAS
U.S. Senior District Judge